763 F.2d 1187
 Marvin FRANCOIS, Petitioner-Appellant,
v.
Louie L. WAINWRIGHT, Respondent-Appellee.
 No. 83-5775.
 United States Court of Appeals,
Eleventh Circuit.
 May 28, 1985.
 
 Joel N. Rosenthal, Miami, Fla., for petitioner-appellant.
 Calvin Fox, Asst. Atty. Gen., Miami, Fla., for respondent-appellee.
 On Appeal from the United States District Court for the Southern District of Florida; SIDNEY M. ARONOVITZ, Judge.ON APPLICATION FOR RECALL OF MANDATE
 (Opinion August 31, 1984, 11th Cir., 1984, 741 F.2d 1275)
 Before FAY and ANDERSON, Circuit Judges, and MARKEY*, Chief Judge of the Federal Circuit.
 PER CURIAM:
 
 
 1
 Appellant's emergency motion for recall of the mandate is DENIED.
 
 
 
 *
 Honorable Howard T. Markey, U.S. Circuit Judge for the Federal Circuit, sitting by designation